OPINION — AG — THE BASIS OF THE FACTS HEREIN ABOVE STATED AND ASSUMED THE SUBDIVISIONS BEING DEVELOPED BY EUFAULA ENTERPRISES, INC., TITLE TO WHICH REAL PROPERTY IS HELD BY THE EUFAULA UTILITY AUTHORITY, A PUBLIC TRUST, ARE EXEMPT FROM AD VALOREM TAXATION UNTIL THE BONDS ARE RETIRED, AT WHICH TIME THE REMAINING UNSOLD LOTS BECOME TAXABLE AS PROPERTY OF EUFAULA ENTERPRISES, INC. CITE: 60 O.S. 1961 382 [60-382] (FINIS STEWART)